**VERIFIED COMPLAINT, MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

**FILED UNDER SEAL**