UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00508

MICHELLE ANTOINE,

                      Plaintiff

    v.

JOHNSTON COUNTY BOARD OF EDUCATION & LYN ANDREWS, in her capacity as chair of the JOHNSTON COUNTY BOARD OF EDUCATION

                      Defendants.

**ORDER ON MOTION FOR TEMPORARY EXCEPTION TO ELECTRONIC FILING**

This matter having come before the undersigned on David "Steven" Walker's motion to be temporarily excepted from the electronic filing requirements; and it having been determined that he is licensed in North Carolina and is admitted to practice before this Court; and he having registered for the first available CM/ECF training required by the Court; and the matter having been referred to the clerk of court pursuant to this Court's policy:

The motion is granted, and counsel for the plaintiff is permitted to file in paper form through and including October 4, 2023.

So ordered, this the 22nd day of September, 2023.

                                            /s/ Peter A. Moore, Jr.
                                            Peter A. Moore, Jr., Clerk of Court