UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00508

| | |
|---|---|
| MICHELLE ANTOINE,<br>　　　　　　Plaintiff<br>　v.<br><br>JOHNSTON COUNTY BOARD OF EDUCATION & LYN ANDREWS, in her capacity as chair of the JOHNSTON COUNTY BOARD OF EDUCATION<br><br>　　　　　　Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>FRCP 41 |

NOW COMES the undersigned and gives notice, pursuant to Rule 41 of the Rules of Civil Procedure that this matter is voluntarily dismissed without prejudice. No defendant has filed an answer or motion for summary judgment.

RESPECTFULLY SUBMITTED, this 23rd day of September, 2023.

　　　　　　　　　　　　　　　/S/ VALERIE L. BATEMAN
　　　　　　　　　　　　　　　Valerie L. Bateman
　　　　　　　　　　　　　　　NC State Bar: 13417
　　　　　　　　　　　　　　　NEW SOUTH LAW FIRM
　　　　　　　　　　　　　　　209 Lloyd St., Ste 350
　　　　　　　　　　　　　　　Carrboro, NC 27510
　　　　　　　　　　　　　　　T: 919-810-3139
　　　　　　　　　　　　　　　F: 919-823-6383
　　　　　　　　　　　　　　　valerie@newsouthlawfirm.com

/S/ DAVID "STEVEN" WALKER
David "Steven" Walker
NC Bar #34270
Walker Kiger, PLLC
100 Professional Ct, Ste 102
Garner, NC 27529
(984) 200-1930 (Phone)
(984) 500-0021 (Fax)
Steven@walkerkiger.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL using the CM/ECF filing system which will automatically send email notification to all counsel of record.

This the 23rd day of September, 2023.

/S/ VALERIE L. BATEMAN
Valerie L. Bateman
NEW SOUTH LAW FIRM